**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00345-CR

**LAANGELO TERRELL WOODS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59224-V**

## ORDER

The Court **REINSTATES** the appeal.

On October 28, 2014, we ordered the trial court to make findings why appellant's brief had not been filed. On October 30, 2014, we received appellant's brief and on November 4, 2014, appellant filed an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 28, 2014 order requiring findings.

We **GRANT** the November 4, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **ORDER** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 2 and 3.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lawrence Mitchell, Presiding Judge, 292nd Judicial District Court; Debi Harris, deputy official court reporter; and to counsel for all parties.

/s/      LANA MYERS
              JUSTICE